Certificate Number: 03088-ARE-DE-037699078

Bankruptcy Case Number: 23-12088



03088-ARE-DE-037699078

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 22, 2023</u>, at <u>11:43</u> o'clock <u>AM CDT</u>, <u>Keith L Allen</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Arkansas</u>.

Date:   <u>August 22, 2023</u>          By:    <u>/s/Luis Villarroel</u>

Name:  <u>Luis Villarroel</u>

Title:   <u>Counselor</u>